

**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

1600 WEST END AVENUE
SUITE 2000
NASHVILLE, TENNESSEE 37203

MAILING ADDRESS:
P.O. BOX 331884
NASHVILLE, TENNESSEE 37203

PHONE:   615.726.5600

www.bakerdonelson.com

SAMUEL L. FELKER, SHAREHOLDER
**Direct Dial**: 615-726-5528
**E-Mail Address**: samfelker@bakerdonelson.com

October 15, 2024

The Honorable Natasha Merle
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

>   **Re:    *Dimarco v Aspire Brands, Inc. d/b/a Aspire***
>   **Case No. 2:24-cv-05021-NCM-ARL**
>   **U.S. District Court (E.D.N.Y.)**

Dear Judge Merle:

Please allow this letter to serve as notification that this case has been resolved. Plaintiff will be submitting a Notice of Dismissal in the upcoming days.

Sincerely,

Samuel L. Felker

cc: Michael J. Gabrielli, Esq.

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • NORTH CAROLINA
SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.