UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SARA DIMARCO, individually and on behalf of
other similarly situated individuals,

                              Plaintiff,

  - against -

ASPIRE BRANDS, INC.,

                            Defendant.

------------------------------------------------------------X

:   Case No.  2:24-cv-05021-ENV-ARL

:

:

:   **STIPULATION OF VOLUNTARY**

:   **DISMISSAL PURSUANT TO**

:   **F.R.C.P. 41(a)(1)(A)(ii)**

:

:

:

:

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, ASPIRE BRANDS, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

GABRIELLI LEVITT LLP

Michael J. Gabrielli (MG-2421)
michael@gabriellilaw.com
2426 Eastchester Rd., Ste. 201
Bronx, New York 10469
(718) 708-5322

Dated: November 11, 2024

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Samuel L. Felker
samfelker@bakerdonelson.com
1600 West End Ave., Ste. 2000
Nashville, Tennessee 37203
(615) 726-5528

Dated: November 11, 2024